470 A.2d 1035

Edinger, Appellants, v. State Farm Ins. Co.

Argued November 17, 1983. April L. Cordts, for appellant; Michael P. Shay, for appellee.

608

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Affirmed.